IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS PASBY<br>also known as<br>Ayo,<br><br>  Defendant. | CRIMINAL FILE NO.<br>1:16-CR-145-22-TWT |

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1153] of the Magistrate Judge recommending denying the Defendant's Motions to Suppress Wiretap Evidence [Doc. 451 & 728], Motion to Sever [Doc. 691], Motion for Bill of Particulars and Motion to Dismiss [Doc. 714 & 946] and Motion for Disclosure of Confidential Informants and Cooperating Witnesses [Doc. 1035].

I will not repeat the analysis of the thorough and well-reasoned Report and Recommendation. The Motion for Disclosure of Confidential Informants and Cooperating Witnesses is in effect a motion for early disclosure of the Government's witness list. For the reasons set forth in the Report and Recommendation, this is

inappropriate at this time. There has been no showing that Roviaro disclosure is required at this time. Given the disclosures by the Government, the Motion for Bill of Particulars should be denied.  The Defendant's Motion to Sever is premature. Given the likelihood that the Defendants will be tried in groups, the issue can be revisited when a trial plan is in place.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motions to Suppress Wiretap Evidence  [Doc. 451 & 728], Motion to Sever [Doc. 691], Motion for Bill of Particulars and Motion to Dismiss  [Doc. 714 & 946] and Motion for Disclosure of Confidential Informants and Cooperating Witnesses [Doc. 1035] are DENIED.

SO ORDERED, this 11 day of October, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge